United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.180.149.80,

Defendant.

Case No. 26-cv-06654-SK

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Regarding Docket No. 10

On September 29, 2026, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 10.) Defendant has not filed an answer or motion for summary judgment. Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE. All case deadlines and hearings are HEREBY VACATED. Each party shall bear its own fees and costs. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: September 29, 2026

SALLIE KIM
United States Magistrate Judge